UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KNOWLTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MORRIS, et al.,<br><br>    Defendants, | Civil Action No. 05-1989 (KSH) |

| | |
|---|---|
| RUIZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MORRIS, et al.,<br><br>    Defendants, | Civil Action No. 05-1825 (DRD) |

| | |
|---|---|
| FREID,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MORRIS, et al.,<br><br>    Defendants, | Civil Action No. 05-3244 (KSH) |

O'BRIEN,

    Plaintiff,

|  |  |  |
|---|---|---|
| v. | : | Civil Action No. 05-4910 (KSH) |
|  | : |  |
| **COUNTY OF MORRIS, et al.,** | :_____ |  |
|  | : |  |
| **Defendants,** | : |  |
|  | : |  |

## ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of letter dated January 16, 2008, regarding plaintiffs' request to extend the deadline to submit the revised final pretrial order as directed by the orders dated December 28, 2008;

and the Court having considered the contents of the letter;

and the Court being advised that the defendants consent to the request;

and good cause having been shown for an extension;

and the parties being reminded that dates for submitting revisions to one another must precede the submission to the Court and hence because the dates set forth in the letter suggest that the revised order would be submitted to the Court before the revisions were exchanged, the court rejects the proposed dates;

and the extensions being granted as set forth herein;

IT IS THEREFORE ON THIS 17th day of January, 2008

ORDERED that the defendants shall provide the plaintiff with their revisions to the joint proposed final pretrial order no later than **January 22, 2008.** The plaintiff shall insert their revisions and provide it to the defendants no later than **January 24, 2008.** The parties shall review the revised order, confer about and make any final modifications, and the defendants shall submit the original and one copy of the revised joint proposed final pretrial order no later than **January 25, 2008 at noon.**;

IT IS FURTHER ORDERED that all other terms of the Orders dated December 28, 2007 shall remain unchanged.

                                                  s/Patty Shwartz
                                                  UNITED STATES MAGISTRATE JUDGE